IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 10-0674-PHX-SMM |
| Plaintiff, | |
| vs. | **RECOMMENDATION REGARDING COMPETENCY** |
| Pedro Rangel, | |
| Defendant. | |

TO THE HONORABLE STEPHEN M. MCNAMEE, U.S. DISTRICT JUDGE:

    This matter was referred to the undersigned for the purpose of considering the competency of the Defendant and to make appropriate findings and recommendations. The Court reviewed the two reports which opined that Defendant was competent, able to understand the nature of the proceedings against him, and able to assist in his own defense. The report of John A. Moran, Ph.D., indicated that Defendant "has a rational as well as factual understanding of the charges and proceedings" and that "he will assist his attorney in preparation of a defense." It was the opinion of Shelley Uram, M.D., that Defendant "was competent to stand trial at this time."

    The Court set a status hearing for January 28, 2011 to consider the issue of competency. During the status hearing the Court explored the status of Defendant's mental competency and confirmed its preliminary conclusion based upon the experts' reports that Defendant was presently competent. Moreover, neither counsel for the government nor Defendant objected to a determination that Defendant was competent.

Accordingly, the Court **RECOMMENDS** that the Defendant be found to be competent in that he has demonstrated a complete understanding of the nature of the charges against him and appeared in no way to be compromised in mental understanding or his decision making capabilities. The experts' evaluations state that it is important that Defendant continue to receive appropriate medication. After conferring with the assigned Pretrial Services Officer, the Court is satisfied that provision have been made to assure such continuity of care.

DATED this 1st day of February, 2011.

_____
David K. Duncan
United States Magistrate Judge