IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|         Plaintiff, ) | No. CR 10-00674 PHX SMM |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Pedro Rangel, ) | |
|         Defendant. ) | |
| ) | |

On 2/1/2011, Magistrate Judge David K. Duncan issued "Findings Recommendation Regarding Competency and Order." Magistrate Judge David K. Duncan recommended that the District Court Judge accept the Defendant being found competent in that he has demonstrated a complete understanding of the nature of the charges against him and appeared in no way to be compromised in mental understanding or his decision making capabilities.

Accordingly,

**IT IS HEREBY ORDERED** accepting the Magistrate Judge David K. Duncan's recommendation that defendant is competent to proceed with all further proceedings.

DATED this 22nd day of February, 2011.

Stephen M. McNamee
United States District Judge